■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDDIE DIAZ, Appellant.—Appeal by the defendant from three judgments of the Supreme Court, Kings County (Coffinas, J.), all rendered May 17, 1985.

Ordered that the judgments are affirmed (see, People v Pellegrino, 60 NY2d 636; People v Harris, 61 NY2d 9; People v Kazepis, 101 AD2d 816). Mangano, J. P., Bracken, Eiber, Spatt and Sullivan, JJ., concur.